```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10149
  DENNIS GARLAND VERHAEGHE
  DONNA M VERHAEGHE                            CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA
         Debtor
  SSN XXX-XX-5920     SSN XXX-XX-1066

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 06/06/07 .

    2. The case was dismissed without confirmation, 08/02/2007.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                            PAID         PAID
---------------------------------------------------------------------------

       Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00         .00           .00
PRINCIPAL PAID          .00         .00         .00         .00           .00
INTEREST PAID           .00         .00         .00         .00           .00
TOTAL PAID              .00         .00         .00         .00           .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 11/16/07              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 10149 DENNIS GARLAND VERHAEGHE & DONNA M VERHAEGHE